Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*
*Gaming Entertainment (Nevada), LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALCAGNO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAMING ENTERTAINMENT (NEVADA), LLC, FULL HOUSE RESORTS, INC.,<br><br>　　　　Defendants. | Case No. 3:13-cv-00259-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Anthony Calcagno, by and through his counsel, Harvey Law Firm, PLLC, and Defendant Gaming Entertainment (Nevada), LLC, by and through their counsel, Jackson Lewis P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated February 3, 2014

HARVEY LAW FIRM, PLLC

_____
Nicole M. Harvey, Bar No. 11147
515 Court Street
Reno, Nevada 89501
*Attorney for Plaintiff*

Dated January 28, 2014

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Esq., Bar No. 6596
3800 Howard Hughes Pky., Suite 600
Las Vegas, Nevada 89169
*Attorney for Defendant*
*Gaming Entertainment (Nevada), LLC*

JACKSON LEWIS P.C.
LAS VEGAS

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to ear its own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated this 11th day of February, 2014.

**IT IS SO ORDERED.**

_____
U.S. District Court Judge
Dated: _____